# United States Court of Appeals
## For the First Circuit

No. 08-1557

ANTONIO KING,

Plaintiff, Appellee,

v.

CESAR RIVAS, Individually,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on February 2, 2009, should be amended as follows.

On page 5, line 12, "Suprenant's" should be "Surprenant's".